JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALAN ROSNER, | ) Case No. 2:24-cv-10159-JC |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| LELAND DUDEK, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.  Final Judgment will be entered in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED: March 24, 2025

/s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE