# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALAN ROSNER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No.: 2:24-cv-10159-JC<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br>(Doc. No. 19) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,708.52 as authorized by 28 U.S.C. § 2412, and costs in the amount of $405.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Date:  May 27, 2025

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　HONORABLE JACQUELINE CHOOLJIAN
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE